**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rafael RIOS–BARRAZA, a.k.a. Rafa,**
**Defendant–Appellant.**

**No. 15–10200**

United States Court of Appeals,
Ninth Circuit.

Submitted July 26, 2016 *

FILED August 01, 2016

Karla Delord, Assistant U.S. Attorney, USPX—Office of the US Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Rafael Rios–Barraza, Mendota, CA, Pro Se.

Before: SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

**MEMORANDUM ***

Rafael Rios–Barraza appeals from the district court's judgment and challenges his guilty-plea conviction and 78–month sentence for possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Rios–Barraza's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Rios–Barraza the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Rios–Barraza waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.